IDA HANSFORD, J. C. HANSFORD, HER HUSBAND, LOUISE R. BERSON, C. H. BERSON, HER HUSBAND, HOWELL L. READ AND C. H. BERSON, AS EXECUTOR OF THE LAST WILL AND TESTAMENT OF MARY C. McCOY, *Appellants*, v. ALBERT KLEIN AND MAX L. BEAR, *Appellees*.

Decision Filed January 17, 1922.

An Appeal from the Circuit Court for Escambia County; A. G. Campbell, Judge.

*Sullivan & Sullivan,* for Appellants;

*Watson & Pasco,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the order aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said order; it is therefore, considered, ordered and adjudged by the court that the said order of the Circuit Court be, and the same is hereby, affirmed.

All concur.